720 A.2d 338

IN THE MATTER OF LUBA ANNENKO, AN ATTORNEY AT LAW.

November 19, 1998.

## ORDER

The Disciplinary Review Board on August 28, 1998, having filed with the Court its decision concluding that **LUBA ANNENKO** of **HADDON HEIGHTS,** who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect); *RPC* 1 .3 (lack of diligence); *RPC* 1.4(a) (failure to communicate with a client); and *RPC* 8.1(b) (failure to cooperate with ethics authorities);

And the Board having further concluded that prior to reinstatement, respondent should be required to submit proof that she is fit to practice law and that she is in full compliance with the recordkeeping requirements of *Rule* 1:21–6;

And good cause appearing;

It is ORDERED that **LUBA ANNENKO** is suspended from the practice of law for a period of three months, and until further Order of the Court, effective December 15, 1998; and it is further

ORDERED that prior reinstatement to practice, respondent shall demonstrate by competent medical proof that she is fit to practice law; and it is further

ORDERED that together with any application for reinstatement to practice, respondent shall submit a certification by a certified public accountant approved by the Office of Attorney Ethics that respondent is in full compliance with the recordkeeping requirements of *Rule* 1:21–6; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.